UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DAVID SCOTT GOLDSTEIN, | ) | Civ. 16-4035-KES |
| Petitioner, | ) | |
| vs. | ) | ORDER DISMISSING CASE |
| CENTER FOR DISEASE CONTROL, | ) | |
| Respondent. | ) | |

Petitioner herein filed a pro se petition of habeas corpus in United States District Court under 28 U.S.C. § 2241. The case was referred to United States Magistrate Judge Veronica L. Duffy pursuant to 28 U.S.C. § 636(b)(1)(B) for the purpose of conducting any necessary hearings, including evidentiary hearings, and submissions to this court of proposed findings of fact and recommendations for the disposition of the case.

On May 20, 2016, Magistrate Judge Duffy submitted her report and recommendation for disposition of this case to the court. Petitioner did not file objections to the report and recommendation. Having reviewed the matter de novo, the court accepts the report and recommendation of Magistrate Judge Duffy in full. Therefore, it is

ORDERED that the report and recommendation of Magistrate Judge Duffy is adopted in full and petitioner's pro se petition for habeas corpus is dismissed as moot.

Dated June 9, 2016.

BY THE COURT:

/s/ ***Karen E. Schreier***

KAREN E. SCHREIER
DISTRICT COURT JUDGE